No. 110. Caloca v. Vilaseca et al.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the

ground of noncompliance with the provisions of sections 299 of the Code of Civil Procedure, and 50 and 54 of the Regulations. Decided November 6, 1905. The motion was allowed and the appeal dismissed. *Mr. José Guzmán Benítez,* for petitioner; *Mr. Texidor,* for adverse party.

